

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 SEP 30 AM 9:29

| UNITED STATES OF AMERICA, | ) | Mag. Case Number: _____ |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Kelly Stephanie SILVA | ) | |
| Defendant, | ) | |

**'13MJ3672**

The undersigned complaint being duly sworn states:

On or about September 29, 2013, within the Southern District of California, Kelly Stephanie Silva, did knowingly and intentionally attempt to import approximately 7.00 kilograms of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
TYRONE DUREN
SPECIAL AGENT
HOMELAND SECURITY
INVESTIGATIONS

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF SEPTEMBER 2013.

_____
MAGISTRATE JUDGE





AWM
9728
9/30/13

# STATEMENT OF FACTS

On September 29, 2013, at approximately 1650 hours, Kelly Stephanie SILVA the driver of a silver Nissan Xterra California license 6MHK728 entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, California.

An Officer approached the Nissan and made contact with SILVA. SILVA provided two negative declarations. SILVA and her vehicle were referred to the secondary inspection area.

As the Nissan passed through the Z-portal X-ray, Officers observed anomalies in the passenger's and driver's side rear quarter panels. After a positive x-ray and a positive canine alert, Officers further inspected the Nissan. Officers discovered 11 grease covered clear baggies concealed in the driver's side quarter. Officers tested the substance which revealed positive reaction to the presence of the properties of methamphetamine. Officers discovered an additional 2 grease covered clear baggies in the passenger's quarter panel. Officers determined the 13 baggies of white crystalline substance weighed approximately 7 kilograms.

SILVA stated she was entering the US to go to shopping. Post Miranda, SILVA stated she was attempting to smuggle and on three prior occasions smuggled an unknown quantity and unknown narcotic concealed within the Nissan from Mexico and into the United States. SILVA was en-route to Hemet, California to make delivery. After a successful delivery, SILVA was to be paid $3,000.00.

SILVA was arrested and charged with violations of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, California.